No. 90–1461. CARTER ET AL. v. SOUTH CENTRAL BELL. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no

part in the consideration or decision of this petition.